IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ARMANDO SILVA,<br>   *Plaintiff*, | §<br>§<br>§ | |
| V. | § | NO. MO:18-CV-0169 DC |
| | § | |
| SWAN LAKE FARMS, LLC,<br>   *Defendant*. | §<br>§<br>§ | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 17) filed March 5, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 6th day of March, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE